

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-11-00163-CV

REBECCA S. BELMER                                                APPELLANT

V.

HENKEL CONSUMER GOODS,                                          APPELLEE
INC.

-----------

### FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Agreed Motion To Dismiss With Prejudice." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: GARDNER, MCCOY, and GABRIEL, JJ.

---

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  October 27, 2011